IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC WIECZOREK | : | |
| | : | CIVIL ACTION |
| v. | : | No. 12-4170 |
| | : | |
| DEMPSEY PARTNERS, LLC., et al. | : | |

O'NEILL, J.

**ORDER**

AND NOW, this 16th day of December, 2013, upon consideration of defendants Dempsey Partners LLC, John Dempsey and Jill Dalton's motion for summary judgment, plaintiff Eric Wieczorek's response and defendants' reply, it is ORDERED that defendants' motion is DENIED.

It is FURTHER ORDERED that

1) This matter is listed for trial to commence on 1/13/14 at 10:00 AM in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2) Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than 12/30/13; and

3) Pretrial memoranda and proposed points for charge and verdict sheets should be filed no later than 12/30/13.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

.

                                                 ___/s/ Thomas O'Neill_____
                                                 THOMAS N. O'NEILL, JR., J.